

FILED
GREAT FALLS

2012 MAR 13 AM 10 09

**IN THE UNITED STATES DISTRICT COURT** PATRICK E. DUFFY, CLERK

BY _____

**FOR THE DISTRICT OF MONTANA**     DEPUTY CLERK

## GREAT FALLS DIVISION

STEPHEN J. CEROVSKI,

Plaintiff,

No. CV-11-39-GF-SEH

vs.

**ORDER**

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

Defendant.

---

United States Magistrate Judge Keith Strong entered his Findings and

Recommendations on February 21, 2012.[1] Defendant filed objections on

March 9, 2012.[2] The Court reviews *de novo* findings and recommendations to

which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

Findings and Recommendations and adopt them in full.

---

[1] Document No. 21

[2] Document No. 22

ORDERED:

1.      Plaintiff's Motion for Summary Judgment[3] is GRANTED.

2.      Defendant's Motion for Summary Judgment[4] is DENIED.

3.      This matter is remanded to the Commissioner of Social Security for

an award of benefits.

4.      The Clerk is directed to enter judgment accordingly.

DATED this ___13th___ day of March, 2012.

SAM E. HADDON
United States District Judge

---

[3] Document No. 13

[4] Document No. 17