FILED
GREAT FALLS
2012 MAR 13 AM 10 09
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN J. CEROVSKI,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>              Defendant. | No. CV-11-39-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on February 21, 2012.[1] Defendant filed objections on March 9, 2012.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 21

[2] Document No. 22

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is GRANTED.

2. Defendant's Motion for Summary Judgment[4] is DENIED.

3. This matter is remanded to the Commissioner of Social Security for an award of benefits.

4. The Clerk is directed to enter judgment accordingly.

DATED this 13th day of March, 2012.

*[signature]*

SAM E. HADDON
United States District Judge

---

[3] Document No. 13

[4] Document No. 17